IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| FREDERICK RADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-014 |
| | ) | |
| COUNTY OF JOHNSON; BRIAN | ) | |
| CHAMBERS; JUDGE FOR DIVISION; | ) | |
| JUDGE DEBOURLT BENIFIELD; THE | ) | |
| SUPREME COURT OF GEORGIA; | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; THE UNITED STATES; | ) | |
| THE UNITED STATES JUDICIAL | ) | |
| SYSTEM AND SERVING NUMEROUS | ) | |
| BRANCHES THAT NETWORK WITH | ) | |
| FALSE IMPRISONMENT; WARDEN | ) | |
| BEASLEY; GOVERNOR KEMP; | ) | |
| LOTTIE JONES; WARDEN A. HUBBARD; | ) | |
| MORRISON; ILLUMINITTE; IRS; | ) | |
| GEORGE BUSH; BILL CLINTON; FBI; | ) | |
| CIA; DONALD TRUMP; and JAY-Z, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is a motion filed by Plaintiff, requesting the Court "forward these poor person papers" to various news outlets, radio stations, and national and international political figures. (Doc. no. 22.) This motion is due to be denied for two reasons. First, the Court does not function as Plaintiff's personal secretary and will not send mail or otherwise communicate with others on his behalf. See Amador v. Shockley, No. 5:06CV205/RS/MD, 2007 WL 174158, at *5 (N.D. Fla. Jan. 19, 2007) ("Plaintiff is advised that the court will not mail items for him."). Second, Plaintiff is not entitled to free copies of legal documents, including his own filings.

Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . ."); see also Jackson v. Florida Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012) ("This Court has never held that a prisoner's right of access to the courts entitles a prisoner-plaintiff, even one proceeding *in forma pauperis*, to free copies of court documents, including his own pleadings."). Thus, the Court **DENIES** Plaintiff's motion. (Doc. no. 22.)

SO ORDERED this 11th day of July, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA