IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| FREDERICK RADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-014 |
| | ) | |
| COUNTY OF JOHNSON; BRIAN CHAMBERS; JUDGE FOR DIVISION; JUDGE DEBOURLT BENIFIELD; THE SUPREME COURT OF GEORGIA; GEORGIA DEPARTMENT OF CORRECTIONS; THE UNITED STATES; THE UNITED STATES JUDICIAL SYSTEM AND SERVING NUMEROUS BRANCHES THAT NETWORK WITH FALSE IMPRISONMENT; WARDEN BEASLEY; GOVERNOR KEMP; LOTTIE JONES; WARDEN A. HUBBARD; MORRISON; ILLUMINITTE; IRS; GEORGE BUSH; BILL CLINTON; FBI; CIA; DONALD TRUMP; and JAY-Z, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG - 2 2024

FILED

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 24, 25.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's third amended complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this 2nd day of August, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE