IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| FREDERICK RADFORD, | * | |
| Plaintiff, | * | |
| v. | * | |
| COUNTY OF JOHNSON, *et al.*, | * | CV 324-014 |
| Defendants. | * | |

O R D E R

On August 2, 2024, the Court dismissed Plaintiff Frederick Radford's third amended complaint without prejudice. The case was closed on that day. Thereafter, the Clerk docketed the following motions, all executed by Plaintiff prior to the case closing: (1) Motion to Compel Discovery; (2) Motion to Add Exhibits; and (3) Motion to Appoint Counsel. Because the case is closed, the Clerk is directed to **TERMINATE AS MOOT** the referenced motions (doc. nos. 30-32).

**ORDER ENTERED** at Augusta, Georgia, this ____ day of August, 2024.

UNITED STATES DISTRICT JUDGE